IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVIOUS MARQUES BOYD, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-449-TES-CHW |
| | * |
| RIVERBEND CORRECTIONAL FACILITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 22, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of February, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk